# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TRACY LINETTE FRANKS,** | ] |
| **Plaintiff,** | ] |
| v. | ] Case No. 4:18-cv-01125-ACA |
| **NANCY A. BERRYHILL,** **Acting Commissioner of Social Security** | ] |
| **Defendant.** | ] |

## **MEMORANDUM OPINION**

On June 27, 2019, the magistrate judge entered a report and recommendation and allowed the parties fourteen (14) days to file objections to the magistrate judge's recommendations. (Doc. 13 at 19). On July 9, 2019, Plaintiff filed objections to the magistrate judge's report and recommendation. (Doc. 14).

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and Plaintiff's objections, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the court affirm the Commissioner's decision.

The court will enter a separate order in conformity with this memorandum opinion.

**DONE** and **ORDERED** this August 9, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE